

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00323-CR

Steven **BELTRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 431439
The Honorable Monica A. Gonzalez, Judge Presiding

## O R D E R

Appellant's brief was originally due on July 7, 2014, and appellant has been granted three extensions of time, the latest until September 22, 2014. Appellant is represented on appeal by appointed counsel, Mr. Alfonso Otero. On September 22, 2014, Mr. Otero filed a motion asking this court to abate this appeal so that he may request findings of fact and conclusions of law from the trial court. Mr. Otero concedes such findings and conclusions were not timely requested pursuant to Texas Rule of Civil Procedure 296. On September 24, 2014, this court issued an order granting Mr. Otero's request and abating this cause to the trial court to provide the trial court with an opportunity to decide whether it wishes to enter findings of fact and conclusions of law.

On October 21, 2014, Mr. Otero filed a motion asking this court to extend the abatement on the grounds that a conference before the trial court was held on October 21, 2014, at which time "the trial court made clear it will be issuing findings of fact and conclusions of law soon."

Because this appeal has been pending since May 5, 2014, when appellant filed his notice of appeal, and appellant's brief was originally due on July 7, 2014, we ORDER the trial court to file, no later than November 12, 2014, a supplemental clerk's record containing either (1) a letter from the trial court indicating it will not enter findings of fact and conclusions of law or (2) the findings of fact and conclusions of law.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.



Keith E. Hottle
Clerk of Court